UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WALDO JEUNE,

        Plaintiff,

v.                              Case No. 3:18-cv-302-J-25PDB

WARDEN GODWIN, et al.,

        Defendants.
_____

### ORDER

Before the Court is Plaintiff's "Motion to Remove Lien From [His] Prison Trust Fund Account" (Doc. 56). Plaintiff's voluntary dismissal of his appeal does not entitle him to the relief he seeks. The triggering event for assessment of the appellate filing fee is the filing of a notice of appeal, regardless of whether the appellant pursues the appeal to a final resolution on the merits. See 28 U.S.C. § 1913 ("Court of Appeals Schedule of Fees"); 28 U.S.C. § 1915(3)(b)(1) ("[If a prisoner . . . files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee."); Fed. R. App. P. 3(e) ("Upon filing a notice of appeal, the appellant must pay the district clerk all required fees.").

Accordingly, Plaintiff's "Motion to Remove Lien From [His] Prison Trust Fund Account" (Doc. 56) is **DENIED.**

**DONE AND ORDERED** at Jacksonville, Florida, this 18th day of November, 2019.

_____
BRIAN J. DAVIS
United States District Judge

Jax-6

c: Waldo Jeune
   Counsel of Record